IN THE UNITED STATES COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MANUEL HERRERO GARCIA<br>RAMON BAUZA ESCOBALES<br>HONORABLE NORMA BURGOS<br>HONORABLE ANIBAL VEGA BORGES<br>HONORABLE RICARDO LLERANDI<br>**Plaintiffs**<br><br>Vs.<br><br>JORGE DAVILA NEW PROGRESSIVE<br>PARTY ELECTORAL COMMISIONER<br>CARLOS PESQUERA CANDIDATE<br>FOR THE FEDERAL POSITION<br>OF RESIDENT COMMISSIONER,<br>HONORABLE LIZA GARCIA VELEZ<br>PRESIDENT PUERTO RICO STATE<br>ELECTIONS COMMISION<br>**Defendants** | CIVIL NO.<br><br>RE: DECLARATORY JUDGMENT,<br>PRELIMINARY AND PERMANENT<br>INJUNCTION |

**COMPLAINT**

**TO THE HONORABLE COURT**

COMES NOW, Plaintiffs MANUEL HERRERO GARCIA, RAMON BAUZA ESCOBALES, HONORABLE NORMA BURGOS, HONORABLE ANIBAL VEGA BORGES, and HONORABLE RICARDO LLERANDI through their undersigned attorneys and RESPECTFULLY STATE, ALLEGE AND PRAY:

**I. JURISDICTION AND VENUE**

This actions arises under the United States Constitution, 15th Amendment, Section 1, which protects the right to vote of all United States citizens, the Federal Relations Act of 1917 Jones–Shafroth Act (Pub.L. 64–368), 39 Stat. 951 which creates the position of the Puerto Rico

Resident Commissioner as a Federal Congressman, therefore member of the Congress of the United States. It also arises, under the judgment entered by the United States Supreme Court in the cases of **California Democratic Party et als v Jones et al** 530 U.S. 567 (200), **Anderson v United States**, 417 U.S. 211 (1974) and others that decided that elections and primaries in which the ballot includes the names of both federal and non federal candidates often referred as mixed elections are <u>federal elections</u>. Please also refer to the U.S. Court of Appeals for the 7th Circuit in the case of *United States v. Cole,* 41 F3d 303 (7th Cir. 1994) and by the US Court of Appeals for the 6th Circuit in *United States v Sloan*, 411 F3d 643 (6th Cir. 2005). Venue is of this Hon. U.S District Court for the District of Puerto Rico( PR) pursuant 28 U.S. C. 1391, because the claim arose in this Judicial District. The right to vote is also protected by the PR Constitution, Article 2 Bill of Rights, Section 2 and by the Electoral Act of Puerto Rico, (Pub. L 78-2011 as amended)

## II. THE PARTIES

A. PLAINTIFFS

1. Plaintiff MANUEL HERRERO GARCIA, Esquire is the Electoral Director of the Candidate for Governor Dr. Ricardo Rossello Nevares(Dr. Rossello. Plaintiff Manuel Herrero Garcia is in charge of all the Electoral Matters of the Candidate Dr Rossello, including all Electoral Matters of the Primary to be held by the New Progressive Party( NPP) on June 5, 2016 in the Commonwealth of Puerto Rico (PR). Plaintiff Manuel Herrero Garcia Esquire is an experienced attorney in Electoral Law, including he was the Electoral Commisioner of the NPP) in the PR State Elections Commision.In his actual position he has the duty to protect the thousands votes of the United States Citizens Electors who will vote in said primary for Dr. Rossello .

His address is Ricardo Rossello Governor 2016 Committee PO Box 16412 San Juan Puerto Rico (PR) 00908.

2. Plaintiff RAMON BAUZA ESCOBALES is considered the better expert in Puerto Rico in Electoral Regulations, Administration and all kinds of Electoral Matters. He was for many years the Vice President of the Puerto Rico State Elections Commission. He is the Associate Director in Electoral Matters of the Dr. Ricardo Rossello Nevarez 2016. He started to become famous during the close Scrutiny of the 1980 Elections in Puerto Rico where he predicted almost exactly the final result of said Vote to Vote Scrutiny. He was also the the PR R Secretary of State Elections Commison. Also he was an Electoral Commsioner. After that he has participated and or being a consultant and an expert in almost all Elections of Puerto Rico. His address is Ricardo Rossello Governor 2016 Committee PO Box 16412 San Juan PR 00908.

3. Plaintiff HONORABLE NORMA BUGOS, is a Professional Planner, a former Past President of the NPP, a former 1St NPP Vice President, a former PR Liutenant Governor and /or PR Secretary of State, a four (4) term PR Senator, a former President of the PR Planning Board. Her address is 10 Sevilla St. Terralinda Caguas PR 00727.

4. HONORABLE ANIBAL VEGA BORGES is the actual NPP Mayor of the City of Toa Baja PR, he is a former Spokesman of the NPP in the House of Representatives where he was a three (3) term Representative of the House of Representatives of PR. His address is City Hall, Toa Baja Puerto Rico 00949

5. Plaintiff HONORABLE RICARDO LLERANDI is a young NPP Representative of the House of Representatatives of Puerto Rico. He is also the youngest leader in the Arecibo District and the most prominent leader in the District of Arecibo . His address is House of Representatives Capitol Building San Juan Puerto Rico 00901.

B. DEFENDANTS

1. Defendant ENGINEER JORGE DAVILA (Commisionner Davila) is the actual NPP Electoral Commissioner and is the officer of the party in charge of the NPP Primary. Therefore he has recommended, is implementing and is responsible of the acts that are questioned or issues in this Complaint and has caused the filing of this Complaint before this Honorable Federal United States District Court of Puerto Rico. His address is NPP Committee 306 Ponce de Leon Avenue Corner Roosevelt Avenue, Hato Rey San Juan, Puerto Rico 00918.

2. Defendant ENGINEER CARLOS PESQUERA(Eng. Pesquera) is running for the Federal position of Resident Commissioner in Washington D.C. and is implementing and responsible for the acts that are questions or issues in this Complaint and has caused the filing of this Complaint before this Honorable Federal United States District Court of Puerto Rico. Eng. Pesquera has been defeated in all the Elections or Primaries in which he has run. He has never won a Primary in PR . He has never won an Election in PR. Eng. Pesquiera has never occupied an elected position in PR. Eng. Pesquera has been defeated by Former PDP Governess Honorable Sila Calderon and former by NPP Governor Honorable Pedro Rossello, in the two (2) electoral events that he has participated.  His address is NPP Committee 306 Ponce de Leon Avenue Corner Roosevelt Avenue, Hato Rey, San Juan PR 00918

3. Defendant HONORABLE LISA GARCIA VELEZ is the President of the PR State Elections Commision. Her address is Calaff St. Side of Jose Miguel Agrelot Coliseum, Hato Rey, San Juan PR 00918. She is a formal party in this case because the PR State Elections Commision supervises by mandate of the Law the Primaries of the parties the indicated State Commission.

## INTRODUCTION

Defendants in this Complaint are NPP Commissioner Davila and Eng. Pesquera

They are the New Progressive Party (NPP) Electoral Commissioner and the Candidate for the Federal Position of Resident Commissioner in Washington D.C. Venue is of this Honorable US District Court for the District of Puerto Rico pursuant 28 USC 1391, because, as detailed herein, the claims arose in this Judicial District

On next June 5.2016 Puerto Rico will have the primaries of the local political parties in conformity with the Legal System, the Constitution of the United States of America, the Constitution of the Commonwealth of Puerto Rico, the applicable Laws, Rules and Regulations and Manuals and the Federal and State Jurisprudence.

It has always been the ideal situation that the Primaries should be conducted with the best of the rules and conditions for the benefit of all the electors and/.or **affiliates** of the NPP . The plaintiffs have done every possible effort in that sense. Unfortunately the defendants actions have left no other choice except the filing of this Complaint and also to request an investigation from the Federal authorities in order to stop the violations of the integrity of the NPP and the sacred democratic rights of the NPP electors. Defendants NPP Commissioner Davila and Eng.Pesquera are the ones who has caused, promoted , and are profiting from the actions that are the reasons and issues of this Complaint.

## IV. RELEVANT FACTS

1. A Primaries Commission exists and/ or is mandated by the Electoral Law of Puerto Rico in Article 8.006 of the same. The indicated Commission will direct and inspect the mentioned primaries and will put into effect the Law Rules, Regulations and Manuals approved by the Directories of each Local Party. The Rules, Regulations and Manuals can NOT be ultra vires, therefore they have to comply with all the Legal System of Puerto Rico and of the Federal Jurisdiction.

2. The positions of Governor and of Resident Commsioner, this last one a Federal Elected Position, among other positions are in controversy.

3. At the present the President of the NPP is Honorable Pedro Pierluiss who is the Resident Commissioner in Washington D.C. , but he is NOT the object of this Complaint.

Honorable Pedro Pierluisi is NOT the object and is NOT a party in this Complaint. What is indicated as to his position is only introductory and /or informative and/or a formality.

4. Eng. Pesquera is running for the Federal position of Resident Commisioner of Washington D.C. on the June 5, 2016 NPP Primary.

5. The Electoral Commisioner of the NPP, n this case Commissioner Davila according to the Local PR Electoral Law is the one who directs the Local Primaries of the New Progressive Party (NPP). That has always been the tradition in Puerto Rico. The situation however becomes more sensitive when the Candidate for Governor Dr. Rossello Nevarez who is also running in the NPP Primary does not occupy any real power position in the structure, Board of Directors or Directory of the New Progressive Party (NPP).

6. In addition in this primaries of the NPP there are two candidates for the Federal position of Resident Commisioner in the Washington D.C. Congress. One is Engineer defendant Pesquera and the other is a former Speaker of the House of Representatives and actual NPP Spokeswoman in the House of Representatives Honorable Jenniffer Gonzalez.

7. It is the first time that the indicated situation happens in a local party in Puerto Rico.

8. In 2004 when the Honorable Resident Commisioner of Washington D.C. Honorable Anibal Acevedo Vila run for Governor for the Popular Democratic Party, hereinafter refered as the PDP Party, said party neither had primaries for the position of Governor nor have primaries for the position of Federal Resident Commisioner.

9. The contestant Dr. Rossello Nevarez is NOT a member of the Directory of the NPP was made or given promises that his electoral representatives will be taken into consideration for any changes in the Rules and Regulations and Manuals of the NPP, but they were neither called nor consulted or taken into consideration in any way. Dr. Rossello is NOT an establishment candidate.

10. Article 8.023 of the Puerto Rico Electoral Law (16 L.P.R. A. 4133) gives the option to the political parties to request from the voters in primaries to be affiliated to the party, in this case the NPP. The NPP on the meeting of the Directory of Tuesday October 13, 2015 approved or requested in their Rules and Regulations the **affilitation** to the NPP of the voters in primaries

11. In the Rules approved on October 30, 2015 the NPP included the prohibition to electors who are not affiliate to vote in primaries. Please refer to Section 5.22 of the Rules approved on October 13, 2015. The prohibition provided as follows: "1. **That the voter is not an affiliate or member of the corresponding party**". Appendix Page (Ap.) 1

12. The Regulations or Manual approved on October 30, 2016 in relation to said prohibition provided on Section F-4 the following: "**You may challenge any person intending to vote in the primary elections of a party based on the fact that he is not a member of the concerned party even if the Request of Affiliation has been signed**" (Ap. 2).

13. Therefore until March 18, 2016 the Rules and Regulations specifically prohibited that electors NOT affiliated to the NPP voted in the NPP primaries.

14. Suddenly, surprisingly on Friday March 18, 2016 the NPP Commissioner change completely the Rules and the Regulations without the consent of the contestant Dr.Rossello and without inviting him or any of the Staff of his Committee to the alleged meetingwhere the Rules and Regulations were changed to ELIMINATE COMPLETELY THE PROHIBITION THAT NO AFFILIATES TO THE NPP VOTE IN THE NPP PRIMARY
From the Original Manual of October 2015 the following phrase or citation of the previous paragraph was eliminated, the cited sentence provided: "**You may challenge any person intending to vote in the primary elections of a party based on the fact that he is not a member of the concerned party even if the Request of Affiliation has been signed**" (Ap. 3).

15. The same situation of the Rules indicated in the former paragraph 14 happened to the Manual or Regulations approved also on March 18, 2016. The new Manual or Regulations provides as follows:

"A(1) VOTERS WITH RIGHT TO VOTE

**At the New Progressive Party Primaries, the following voters that comply with ALL the six requirements will be allowed to vote:**

...

**A-1(5) That they affiliate once they sign the Voting List..."**

(Ap. 4)

16. The Meetings CONVOCATIONS for the Extraordinary Meetings of the Board for October 13, 2015 and for March 18, 2016 did NOT include any agenda, both only indicating as follows" **Under instructions of our President, Atty Pedro R Pierluisi, you have been summoned to an Extraordinary Meeting of the Board under Article 30, 31, and 85 of the Rules of Our Party and will be held, as indicated as follows:..Date..., Time..., Place ROMERO BARCELO ROOM PNP COMMITTEE ..."** The CONVOCATION for the meeting of Friday March 18, 2016 indicated also "LUNCH WILL BE SERVED"(Ap. 5, 6)

17. The effect of the aforementioned act of the NPP Commissioneer Davila is the unavoidably opening of the doors or gates of the NPP to the affiliates of the PDP to vote in the NPP primary for the candidates that are running in the NPP .

18. On a recent message a Person identified as Antonio Sagardia, Antonio Sagardia@tony sagardia RETWEETS 6 LIKES 3 indicated as follow dated 8:56- 7 Apr 2016 :

"My Popular Friend: Don't forget the assignment. You need to get one

Voter to vote in the NPP Primary. For your children and for PR " (Ap. 7)

19. There is also information that there are also conspirators in the PDP, specially local leaders that are promoting the participation in the NPP primaries of affiliates of the PDP . The political objective is obvious the PDP affiliates are interested in the candidates of the NPP who win the primary to be the more easy to manipulate by the PDP affiliates, with the final objective also of either winning the PDP the General Election or to control de NPP if the NPP wins the General Elections. It is common sense political manipulation what the PDP affiliates are interested when voting in the NPP Primary,

20 The strategy of the PDP is that by making win in the NPP Primary the candidates that the PDP considers more vulnerable, then the PDP will have s a better opportuninty either to win the General Election and/or to politically control the government alleged won by the NPP. Far from strategy, it is a violation of the integrity of the NPP organization and **real** affiliates.

21. Politics is not a children game. Corruption is not politics, April 18, 2016 that indicates:

> **"To all popular party voters that inscribed to vote in the primaries**
>
> **of the NPP we welcome You. We hope to see you June 5"**(Ap. 8)

22. It is really impossible in the primary to recuse a voter for not being affiliate, when the Regulations and Manuals of the NPP has eliminated the basic ground of **non** affiliation,

23. The elimination of non affiliation as a motive for recusation in the primary was done without a proper notice in the Directory meeting Agenda, without t notice to the contestant candidate Dr. Rossello, specially at the backwards of the Committee and thousands of electors who are followers of Dr. Rossello for Governor and of Candidate Jenniffer Gonzalez for the high Legislative position of Federal Congress Resident Commissioner of Washington D.C.

24. If it a fact that the electors have the right to vote, but it is also a fact that electors have to comply with the Legal System to excersice the right to vote which includes mandates of the Constitutional, Statutory, Regulations, Rules, Manuals and Jurisprudence requisites. The right to vote is NOT irrestricted. Among the requisites are to be affiliates of the party in which they vote in primaries. **Signing an Electoral Voters List the day of the Primary or even the General Election day is not equivalent to being an affiliate of any party at all.**

25. Our Electoral System does not tolerate anarchy neither in the electoral system nor in the behavior of the electoral officer or the voters.

26. A political party in order to be recognized as such have to comply to many requisites and regulations. Political parties are public entities of the State and/or of the Nation. As such their principles and integrity have to be respected by politicians, specially politicians who are candidates to elected official positions and also such principles and integrity of the parties have to be respected by candidates who run under said party emblems. Otherwise they should run as independent candidates or in write in. The Electoral Constitutional, Legal, Regulations and Manual and Jurisprudence System has to be respected and followed stricty by the followers of **all Candidates.**

27. Our Electoral System is **not** based in caos.

## APPLICABLE LAW

Our constitutional system of representative government works when the worth of honest ballots is not diluted by invalid ballots procured by corruption. As the US Supreme Court stated in **Anderson v United States 417 U. S. 211(1974).** When upholding a federal conviction "every voter for a candidate with little chance of winning or for one with little chance of losing, has a right under the Constitution to have his vote fairly counted, without it being distorted by fraudulent cast votes"When the election process is corrupted democracy is jeopardized. The effective prosecution of corruption of the election process is a significant federal law enforcement priority.

2. The Word Reference Dictionary of the Internet defines **CORRUPTION AS ALTERATION OF THE FORM OR STRUCTURE OF SOMETHING.** Promoting, advocating, facilitating and allowing members of the PDP to vote in the NPP Primary ignites the red flag of CORRUPTION.

3. In **Anderson v United States**, supra, the Supreme Court of the United States also indicated the following:

> "When election crime exists, public corruption of some form is also
> present. This is so because election crime is driven by a motive to
> control governmental power for corrupt purpose. There are reasons
> why election crimes prosecutions may present an easier means of
> obtaining convictions than do other forms of public corruption. ..
> Election crimes involve many players. For example successful
> voter bribery schemes require numerous voters. Federal
> Jurisdiction over election fraud is easily established in
> Elections when a federal candidate in on the ballot. This generally
> occurs in what are called "mixed"elections. When federal and
> nonfederal candidates are running simultaneously . In such
> cases the federal interest is based on the presence of a federal

    candidate, whose election may be tainted, or appear tainted, by

    the fraud, a potential effect that Congress has the constitutional

    authority to regulate under Article 1 Section 4 Clause 1; Article

    II Section 1, Clause 2; and the Seventh Amendment. "

4. In the primaries of the NPP to be held on June 5, 2016 two (2) candidates are running for the Federal position of Resident Commisioner in Wsahington D. C. , they are Honorable Jenniffer Gonzalez and Engineer Carlos Pesquera.

5. In **Anderson v United States** supra it was also indicated as follows:

    "Four characteristics of the federal criminal justice system support

    prosecution of election crimes despite the primary role of the states.

    Federal grand juries, the secrecy requirements of which help protect

    the testimony of witnesses who tend to be vulnerable to manipulation

    and intimidation.Federal trial juries. Resources to handle the labor- intensive

    investigations required for successful prosecution. Detachment from local

    political forces…Criminal prosecution is most appropriate when the facts

    demonstrate that the defendant's objective was to corrupt the process

    by which voters were registered or by which ballots were obtained, cast, or counted…

    **Elections in which the ballot includes the names of both federal and**

    **nonfederal candidates, often referred to as "mixed"elections, are "federal**

    **elections"for the purpose of the federal election crime status."**

The publicity and the manuals changes referred demonstrates that the NPP Commissioner and Eng. Carlos Pesquera allow or tolerate that PDP Electors vote in the NPP Primary. It is not a publicity to promote the PDP or independent voters or affiliates of other parties to **change** and became supporters of the NPP. It is directed to the **PDP electors** to vote in the NPP Primary. One thing is to promote the change of an elector from one party to another or from indepdent voters to change to a particular party and another thing is to promote the PDP Electors to just vote in the NPP Primary to change the result of the NPP Primary while remaing being PDP affiliates. The intended sophisticated publicity is a non permitted invasion of the NPP.

6. In **United States v Cole** 41 F3d303 (7th Cir. 1994) the Seventh Circuit held that Federal Jurisdiction is satisfied as long as a single federal candidate is on the ballot-even if the federal candidate is unopposed-because fraud in a mixed election automatically has an impact on the integrity of the federal election process.

7. Please also refer to **United States v Sloane** 411 F3d 643 (6th Cir. 2005).

8. The NPP candidate for Federal Commissionner in Washington D.C. Eng Pesquera has been making public appereances with a local leader of Guanica inviting the affiliates of the PDP to vote in the NPP primary. Eng. Pesquera run for Governor as the NPP candidate on 2000 and was defeated by Governess Honorable Sila Calderon who run for the PDP. In addition Eng. Pesquera run again on 2004 for Governor and was defeated in the NPP by former Governor Honorable Pedro Rossello Gonzalez. **Eng. Pesquera is now running in the NPP primary for the Federal position of Resident Commisioner in Washington D.C. and his constestant in the NPP primary is Honorable Jenniffer Gonzalez who is a former Speaker of the House of Representatives and at the present she is the Minority Leader of the same.**

9. On the other hand the Electoral Law of Puerto Rico provides in Article 6.001 among the RIGHTS OF THE ELECTORS (16 L.P.R. A. 4061 ) the following ones: (4)the right of the elector to affiliate to the party of his or her preference and to endorse the candidates to the positions under the party logo, (5)the right of the affiliated electors to participate in the drafting of the internal rules and regulations of the party and of the programatic issues of their respective political parties, and also in the election of the candidates of said party, (6) the right of all affiliated elector to dissent in relation to matters that are under the consideration of their respective political parties that are not of programatic or regulatory matters, (7)the right of the affiliated electors to due process of law in all internal disciplinary procedures, and in the same manner in all deliberations processes and decisions of their political parties, (8) the right of all affiliated elector to aspire to be the candidate of its party and to request primaries in his or her political party and to the celebration of said primaries in conformity with the <u>warranties , rights and procedures established or mandated by the law,</u> (9) the right of all affiliated electors to receive information in relation of how his or her political party is using the party's funds.

receive information in relation of how his or her political party is using the funds of the party.

10. Articles 7.007 and 7.008 of the Puerto Rico Electoral Law (16 L.P.R. A. 4097 and 4098 ) authorize the political parties of Puerto Rico to form an **Affiliation Register** and to use it in the celebration of the primaries of said party and even it mandates the Electoral Commission of Puerto Rico to draft and provide to the parties the special application forms in order that the electors of said party can be affiliated.

11. The information is that NPP have always have had a **Register of Affiliates,** although it has not used it. As indicated in regulations and manuals, however the reason for non affiliation existed as a cause of recusation until Defendant actual NPP Commisioner Davila eliminates said disposition.

12. The aformentioned decision to eliminate the requisite of affiliation by the NPP Comissioner with a deficient or wrong notice and/or without due process of law since March 2016 is ultra vires and contrary to the provisions of the Constitution of the United Sates of America, the Constitution of Puerto Rico, the Electoral Law of Puerto Rico, the Federal Jurisprudence, the State Jurisprudence, the Rules, Regulations and Manuals of the NPP and of the Electoral System of PR and also clearly to the NPP Affiliates rights. The reality will be that the annonunced NPP primary of June 5, 2016 will be for all practical and legal purposes a non allowed or prohibited JOINT NPP-PDP Primary. The final clear outcome or undesirable event is that the affiliates of the PDP will be deciding which candidates of the NPP will be the candidates of the NPP in the General Elections to be held on November 2016. The Democratic Electoral system has never promoted such situation in the Party Systems. Democracy is for everybody not only for the convenience of some candidates.

13. The following cases decided that it is sufficient under Section 1973 i(c) that a pattern of corrupt conduct took place during a mixed election; in that situation it is presumed that the fraud will expose the federal race to potential harm **United States v Sloane, supra, United States v Cole 41 F. 3d 303(7th Cir. 1994), States v Olinger 759 F2d 12939(7 th 1985), Unites States (U.S. ) v Saenz 747 F2d 930(5 th Cir. 1984), U.S. v Garcia 719 F2d 99), U.S. v Carmichael**

685 F2d 903(4th Cir. 1982), U.S. v Mason 673 F2d 737(4th Cir. 1982), U.S. v Malmay 671 F2d 869 (5th Cir. 1982), U.S. v Bowman 630 F2d 1003(5th Cir. 1981), U.S. v Sayre 552 F Supp. WD Mo. 1981) U. S. Simms 508 F Supp. (W.D. La. 1979).

14. Also refer to US SENTENCING GUIDELINES MANUAL (U.S.S.G)2H2(3) 6 that provides "if the defendante (A)solicited, demanded, accepted, or agree to accept anything of value to vote, refrain from voting , **vote for or against a particular candidate,** or register to vote, (B)gave false information to establish elegibility to vote or…" In this case and the matter or object of this writing the NPP Primary will be having the situation or situations that any PDP affiliates or PDP affiliates who signs the list of voters in the NPP primary WILL BE GIVING FALSE INFORMATION TO ESTABLISH ELEGIBILITY TO VOTE IN THE NPP PRIMARY. The mechanism of recusation for non affiliation has been either eliminated or is NOT effective for practical purposes, because the person is not prohibited to vote, it depends on a later analysis after the votes and results are publicly announced. The situation is worst if the movement of the PDP affiliates doing that behavior includes hundreds of persons or thousands of electors. The mechanism of recusation is also NOT effective in any manner among other reasons because the NPP and the candidates for Governor Dr. Rossello and the candidate for Federal Resident Commisioner in Washington D.C. Jennifer Gonzalez and other NPP candidates will need an army of thousands of electoral officers to defend them from said unusual, and/ on the verge of corruption situation . The NPP will be dealing with something that is impossible to defendend not to mention excessively expensive in resources, including the special electoral training needed. THE TIME HAS COME THAT THE NPP DECIDES WHO ARE GOING TO BE THEIR CANDIDATES AND NOT AN INVASION OF PDP AFFILIATES DESGUISED AND IN CONCERT WITH SOME NPP CANDIDATES .

The **actual** Rules and Regulations for Primaries of the PR State Elections Commission Section 4.11 approved March 9, 2016 prohibit by way of recusal that affiliates of a specific party vote in the primary of another party .

15. In addition to a Federal Investigation there is also Federal Jurisdiction for a Declaratory

Judgment, Preliminary and Permanent Injunction in this case. To issue an Injunction Relief against the NPP two defendants in this case will cause less harm than non issue of the same.

16. There is plenty of time to stop the actions of the NPP and /or its Electoral Commissioner Davila from the wrongs that he and Eng. Pesquera are commiting and that are the object of this case. It is necessary and/or indispendable to avoid a corrupt NPP Primary and/or a corrupt JOINT NPP-PDP Primary.

17. One of the main goals or objectives of this case or investigation is to save the NPP electors to be involved or to has to participate in a corrupt NPP-PDP Joint Primary.

18. It is much more politically healthy to avoid corruption than to save the people from the effects of corruption.

19. The remedies provided by the Puerto Rico Electoral Law as to recusation of electors have been eliminated in an almost secret ceremony of NPP Electoral Commissioner Davila.

20. Two (2) important members of the Directory of the NPP are never invited to the Directory meetings. The ones never invited , **not** complying with the Rules and Regulations, of the NPP are the Past Presidents Honorable Pedro Rossello and Honorable Norma Burgos

21. The information received and that cause this document is or was that the decisions since March 18, 2016, **were wrongly advised and or induced to do so by the Electoral Commisioner Jorge Davila, who is the party officer that caused and or is causing all this undesirable situation that can end on a corrupt NPP Primary and/or as indicated before a NON AUTHORIZED JOINT NPP-PDP PRIMARY.**

22. There is a video in the Internet that is annexed to this writing that illustrates how in Guanica the actual NPP Mayor, directly and/or indirectly, is requesting the affiliates of the PDP, using as an instrument of that wrong movement the name of the President of the PDP Municipal Assembly Honorable Francisca Galichardi, is promoting the PDP affiliates to vote in the NPP Primary of June 5, 2016 . It was mentioned in the activity video tha fact that Engineer Carlos Pesquera who is running for the Federal Position of Resident Commisioner of Washington D.C. has primary on June 5, 2016. It is clarified and emphasized that Resident Commisioner Honorable Pedro Pierlusi did NOT mention the primary, therefore there is NO evidence

negative in that sense to Honorable Pedro Pierluisi.

23. In the case of **CALIFOR NIA DEMOCRATIC PARTY ET AL V JONES SECRETARY OF STATE OF CALIFORNIA ET AL 530 U.S. 567 (2000) Opinon of the Honorable Supreme Court delivered by Honorable Scalia the Supreme Court of the United States decided** the matter of 1996 Proposition 198. Proposition 198 t changed the State'partisan primary from a closed primary, in which only a political party'members can vote on it's nominees, to a blanket primary, in which each voter'ballot lists every candidate regardless of party affiliation and allows the voter to choose freely among them, The candidate of each party who wins the most votes was that party;s nominee for the general election. Each of petitioner political parties prohibits nonmembers from voting in the party;s primary, They filed suit against respondent state official, alleging inter alia, that the blanket primary violated their First Amendment rights of association... HELD : **California's blanket primary violates a political party First Amendment Right of Association (Pp.572-586)**

> (a) States play a major role in structuring and monitoring the primary election process,**but the process by which political parties select their nominees are not wholly public affairs that State may regulate freely. To the contrary , States must act within limits imposed by the Constitution when regulating parties internal processes** *EU. v San Francisco County Democratic Central Comm.*, **489 U.S. 214... This Nation has a tradition of political association in which citizens band together to promote candidates who espouse their political views. The First Amendment protects the freedom to join together to further common political beliefs, id at 214 215, which presupposes the freedom to identity those who constitute the association, and to limit the association to those people.** Democratic Party of United States v Wisconsin ex rel. La Follette, **450 U.S. 107, 122. In no area in the political association's right, to exclude is more important than in its candidacy selection process. . That process often determines the party's position s on significant public policy issues, and it is the nominee who is the party 's ambassador charged with winning the general electorate over to its view. The First Amendment reserves a**

**a special place and accord special protection for that process Eu supra at 224, because the moment of choosing the party's nominee translated into concerted action, and hence the political power, Tashjian, supra at 216. California's blanket primary violates these principles. Proposition 198 forces petitioners to adulterate their candidate-selection process- a political party's basic function-by opening it up to persons wholly unaffiliated with the party, who may have different views from the party . Such forced association has the likely outcome indeed, it is proposition 198 intended outcome of changing the party's message. Because there is no heavier burden on a political party's association freedom, proposition 198 is UNCONSTITUTIONAL ...**

The United States Supreme Court in **CALIFORNIA DEMOCRATIC PARTY et al v JONES et al supra** also indicated the following:

> "In 1860 Presidential election, if opponent of the fledging Republican Party had been able to cause its nomination of a proslavery candidate in place of Abraham Lincoln, the coalition of intraparty factions forming behind him likely would have disintegrated, endangering the party's survival and thwarting its effort to fill the vacuum left by the dissolution of the Whigs...
>
> There is no substitute for a party'selecting its own candidates. In sum, Proposition 198 forces petitioners to adulterate their candidate-selection process- the "basic function of a political party," Ibid- by opening it up to persons wholly unaffiliated with the party. Such forced association has the likely outcome- Indeed, in this case the intended outcome.-
>
> 582 of changing the party's message . We can think of no heavier burden on a political party's association freedom . Proposition 198 is therefore UNCONSTITUTIONAL ..."

Also refer to Legal Opinion of Alaska Attorney General Honorable Bruce M Botelho <u>Effect of California Democratic v Jones on the State Primary Election,</u> 2000 Opinion of

Attorney General No. 2.

On April 16,2016 Mr. Antonio Sagardia indicated the following publicity to Defendants NPP Commisioner Davila and Federal Candidate for Resident Commissioner in Washington D.C Defendant Eng. Pesquera: indicated :

> "**IMPORTANT: TODAY is the last day to do your update at the electoral registry, Visit your closest JIP…It is important that the Popular party voters register so the can vote in the NPP Primaries PR needs you**"

PRAYER OF RELIEF

WHEREFORE it is respectfully requested from this HONORABLE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO to Grant this Complaint and/ or Petition and order all the the Defendants to cease and desist from promoting, inviting and /or allowing the affiliates of the PDP to vote in the NPP Primary of June 5,2016.

RESPECTFULLY SUBMITTED, In San Juan Puerto Rico, April 26, 2016.

**PAGAN & PAGAN**
555 Alverio St. San Juan Puerto Rico 00918
Tel (787)428-1148
Email:paganfirm@gmail.com

By /s/
Miguel Pagan Esquire USDCPR 115106

By /s/
Hector Quijano Borges Esquire
USDCPR 203405 Tel(787)612-4183
Hq Office@yahoo.com

SWORN STATEMENT

We Atty. MANUEL HERRERO GARCIA of legal age, Lawyer, Electoral Director of Candidate for Governor Doctor Ricardo Rossello Nevarez and a resident of San Juan Puerto Rico, RAMON BAUZA ESCOBALES, married, of legal age, Associate Electoral Director of Candidate for Governor Doctor Ricardo Rossello Nevarez, and a resident of San Juan Puerto Rico, Plan. NORMA BURGOS, Past President of the New Progressive Party (NPP), former NPP Senator of Puerto Rico, former Puerto Rico Secretary of State , of legal age and a resident of Caguas Puerto Rico, Hon. ANIBAL VEGA BORGES, married, of legal age, Mayor of Toa Baja Puerto Rico and a resident of Toa Baja Puerto Rico and Hon. RICARDO LLERANDI, of

legal age, married, Representative of the Puerto Rico House of Representatives and a resident of Arecibo Puerto Rico, under OATH DEPOSE AND STATE:

1. That our names and personal circumstances are as above indicated.

2. That what is indicated in this Complaint is the truth according to our best knowledge and understanding of reality.

In San Juan Puerto Rico, this 26 of April of 2016.

_____          _____
MANUEL HERRERO GARCIA                     NORMA BURGOS

_____          _____
RAMON BAUZA ESCOBALES                     ANIBAL VEGA BORGES

_____
RICARDO LLERANDI

AFFIDAVIT NUMBER: 492

Sworn and subscribed to before me by the aforementioned persons of the circumstances indicated above and whom I know personally, in San Juan Puerto Rico this April 26, 2016.

_____
NOTARY PUBLIC

RESPECTFULLY SUBMITTED in San Juan Puerto Rico, this April 26, 2016.

_____          _____
MIGUEL PAGAN  USDCPR 115106               HECTOR QUIJANO BORGES USDCPR203405